**IT IS SO ORDERED.**


**SIGNED THIS: May 13, 2010**




_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:        WILLIAM H BAILEY                                Case No.      02-72847

Debtor(s)

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS


Upon application for payment of unclaimed funds establishing that the claimant is properly entitled to said funds, and that in accordance with the provisions of 28 U.S.C. section 2042, the U.S. Attorney for the Central District of Illinois was provided a copy of the application;


**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to Barbara Squires, the sum of Six Hundred Six dollars and forty four cents  $ 606.44, of unclaimed funds held in the U.S. Treasury.


Payment to be mailed to:

Barbara Squires
2416 Debra Dr
High Ridge MO 63049